UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL ALAN MESSICK,

        Petitioner,                    3:08-cv-0066-RCJ-VPC

vs.

                                       **ORDER**

E.K. MCDANIEL, *et al.*,

        Respondents.

Before the court is petitioner's motion for enlargement of time to file his reply to the respondents' response to his arguments for cause and prejudice (docket #44). Petitioner seeks until October 13, 2010. Good cause appearing

**IT IS THEREFORE ORDERED** that petitioner's motion for time is **granted.** The reply brief shall be filed and served on or before October 13, 2010.

Dated this 20TH day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE