AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

MICHAEL ALAN MESSICK,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:08-CV-0066-RCJ-VPC**

E.K. MCDANIEL, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Second Amended Petition for Writ of Habeas Corpus is DENIED. No Certificate of Appealability shall issue.

September 20, 2011                            **LANCE S. WILSON**
                                                        Clerk

                                                 /s/ M. Campbell
                                                 Deputy Clerk